CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

OCT 12 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

GARVIN HERNANDEZ OWENSBY, )
    **Plaintiff,** )    Civil Action No. 7:06cv00583
)
**v.** )    **FINAL ORDER**
)
DOCTOR OFAGH, et al., )    By: Hon. Jackson L. Kiser
    **Defendants.** )    Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED and ORDERED

that this action is **DISMISSED** without prejudice in part pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies, and in remaining part pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. All other pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

**ENTER**: This 12th day of October, 2006.

Senior United States District Judge